UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 13 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 25-8156 |
| Plaintiff - Appellant, | D.C. No. 2:25-cr-00904-FMO-1 Central District of California, Los Angeles |
| v. | |
| CARLITOS RICARDO PARIAS, | ORDER |
| Defendant - Appellee. | |

The motion (Docket Entry No. 16) to expedite is granted. The opening brief has been filed. The answering brief is due August 31, 2026. The optional reply brief is due September 21, 2026.

No streamlined extensions of time to file a brief will be approved. *See* 9th Cir. R. 31-2.2(a)(1). No written motions for extensions of time under Ninth Circuit Rule 31-2.2(b) will be granted absent extraordinary and compelling circumstances.

This case will be placed on the next available calendar following the completion of briefing.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT