**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** 25-8156

**Case Name** United States v. Parias

Hearing Location (*city*) Pasadena, CA

Your Name Alexander Botoman

List the sitting dates for the two sitting months you were asked to review:

October 19-23, October 26-30, November 16-20

Do you have an irreconcilable conflict on any of the above dates? ○ Yes ◉ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

◉ Yes ○ No

If yes, list the number, name, and hearing city of each of the other case(s):

United States v. Grandy, No. 25-4491 (Pasadena)

**Signature** /s/ Alexander Botoman **Date** 06/17/26

*(use "*s/[typed name]*" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*