# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** 25-8156

**Case Name** United States v. Parias

Hearing Location (*city*) Pasadena

Your Name Amy E. Pomerantz

List the sitting dates for the two sitting months you were asked to review:

October 19-23, October 26-30, November 16-20

Do you have an irreconcilable conflict on any of the above dates? ○ Yes ◉ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Given the Court's granting of the government's motion to expedite consideration of this appeal (Dkt. 19), the government renews its request to hold argument at the earliest possible date in any available location.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

◉ Yes ○ No

If yes, list the number, name, and hearing city of each of the other case(s):

United States v. Davis, 25-2471

**Signature** s/ Amy E. Pomerantz **Date** 6/18/26

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*