**IN THE**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff-Appellant,<br>v.<br>CARLITOS RICARDO PARIAS,<br>Defendant-Appellee. | C.A. No. 25-8156<br>D.C. No. CR 2:25-CR-904-FMO<br>(Central Dist. Cal.)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL** |

Plaintiff-Appellant United States of America, and Defendant-Appellee Carlitos Ricardo Parias, by and through their respective counsel of record, hereby jointly stipulate and agree, pursuant to Federal Rule of Appellate Procedure 42(b)(1), to the voluntary dismissal of the above-captioned appeal and jointly request that the Clerk dismiss the appeal on the following terms:

1. Dismissal. The parties stipulate to the dismissal of this appeal in its entirety.

2. Costs and fees. Each party shall bear its own costs, fees, and expenses on appeal, including attorney's fees. No party seeks costs

against any other party. All court fees that are due, if any have been paid.

3. Consent. The government is the appellant in this criminal case and therefore consents to dismissal of this appeal. *See* Ninth Circuit Rule 27-9.1.

4. No further relief sought. The parties do not seek any relief sought beyond dismissal of the appeal—no settlement approval, vacatur, or remand is requested. *See* Fed. R. App. P. 42(b)(3).

//

//

Accordingly, the parties respectfully request that the Clerk enter dismissal of this appeal pursuant to Federal Rule of Appellate Procedure 42(b)(1).

DATED: November 9, 2026

Respectfully submitted,

s/ *Suria M. Bahadue*

SURIA M. BAHADUE
Assistant United States Attorney
Chief, Criminal Appeals Section

Attorneys for Plaintiff-Appellant
UNITED STATES OF AMERICA

DATED: November 9, 2026

s/ *Alexander Botoman*

ALEXANDER BOTOMAN
Deputy Federal Public Defender

Attorney for Defendant-Appellee