UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 10 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>CARLITOS RICARDO PARIAS,<br><br>Defendant - Appellee. | No. 25-8156<br><br>D.C. No.<br>2:25-cr-00904-FMO-1<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: PAEZ, OWENS, and SANCHEZ, Circuit Judges.

The parties' stipulated motion to voluntarily dismiss this appeal (Dkt. No. 38) is granted. *See* Fed. R. App. Proc. 42(b)(1). Pursuant to the stipulation, each party shall bear their own costs and fees. The filing of this order shall serve as the court's mandate.